UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RICHARD ZAWATSKY, and CATHERINE ZAWATSKY, Individually and On Behalf of All Others Similarly Situated, | : : : : | Case No. 1:21-cv-2477-PGG |
| Plaintiff, | : : | |
| -against- | : : | CLASS ACTION |
| VROOM, INC., PAUL J. HENNESSY, DAVID K. JONES, | : : : : | |
| Defendants. | : : | |
| CHARLES D. HOLBROOK, Individually and On Behalf of All Others Similarly Situated, | : : : : | Case No. 1:21-cv-2551-PGG |
| Plaintiff, | : : | |
| -against- | : : | CLASS ACTION |
| VROOM, INC., PAUL J. HENNESSY, DAVID K. JONES, | : : : : | |
| Defendants. | : : | |
| ARIF HUDDA, Individually and On Behalf of All Others Similarly Situated, | : : : | Case No. 1:21-cv-3296-PGG |
| Plaintiff, | : : | |
| -against- | : : | CLASS ACTION |
| VROOM, INC., PAUL J. HENNESSY, DAVID K. JONES, | : : : : | |
| Defendants. | : : | |

**NOTICE OF MOTION OF RHONDDA CYNON TAF PENSION FUND FOR
CONSOLIDATION AND FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Paul G. Gardephe, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York, the Rhondda Cynon Taf Pension Fund ("Rhondda") will respectfully move this Court for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) consolidating the above-captioned actions, as well as any other related actions pending in this Court and any subsequently filed or transferred actions, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing Rhondda as Lead Plaintiff in the above-captioned action; (3) approving Rhondda's selection of Barrack, Rodos & Bacine to serve as Lead Counsel for the Class; and (4) for any such further relief as the Court may deem just and proper.

This motion will be made on the grounds that consolidation is appropriate here since Plaintiffs in the related actions seek to hold the same defendants responsible for the consequences of their course of conduct and seek relief under claims arising under the federal securities laws.  In addition, Rhondda believes it is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, Rhondda believes it has the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $414,235 in losses that it has suffered on its investments in Vroom, Inc. that are the subject of this action.  Rhondda also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class.

This Notice of Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Michael A. Toomey filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

Rhondda has filed this Notice of Motion in accordance with a statutory deadline of the PSLRA while cognizant of this Court's "bundling rule" because waiting until briefing is completed would result in the loss of a right, and as such this situation falls within this Court's "Exception to the 'Bundling Rule.'" Individual Rules of Practice of Judge Paul G. Gardephe Civil Cases, Rule IV. C. 1.

WHEREFORE, Rhondda respectfully requests that the Court: (1) consolidate the above-captioned actions; (2) appoint Rhondda as Lead Plaintiff in the above-captioned action pursuant to the PSLRA; (3) approve its selection of Barrack, Rodos & Bacine to serve as Lead Counsel for the Class; and (4) grant such further relief as the Court may deem just and proper.

Dated:  New York, New York
         May 21, 2021

Respectfully submitted,

/s/ Michael A. Toomey
Michael Toomey (mt6688)
**BARRACK RODOS & BACINE**
11 Times Square
640 Eighth Avenue, 10th Floor
New York, NY 10036
Telephone:  212.688.0782
Facsimile:  212.688.0783

and

**BARRACK, RODOS & BACINE**
Robert A. Hoffman
Jeffrey B. Gittleman
Chad A. Carder
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone:  215.963.0600
Facsimile: 215.963.0838

*Attorneys for Rhondda Cynon Taf Pension Fund and Proposed Lead Counsel for the Class*