UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARIF HUDDA, individually and on behalf of all other similarly situated,

          Plaintiff,

- against -

VROOM, INC., PAUL J. HENNESSY, and DAVID K. JONES,

          Defendants.

**ORDER**

21 Civ. 3296 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        This Court's order setting an initial pretrial conference (Dkt. No. 13) is vacated. In a subsequent order, the Court will address the pending motions for consolidation and appointment of a lead plaintiff and lead counsel, and will set a date for the filing of a consolidated class action complaint.

Dated: New York, New York
       June 11, 2021

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge