UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARIF HUDDA, individually and on behalf of
all other similarly situated,

Plaintiff,

- against -

VROOM, INC., PAUL J. HENNESSY, and
DAVID K. JONES,

Defendants.

**ORDER**

21 Civ. 3296 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

This is a putative class action brought under the federal securities laws by shareholders of Defendant Vroom, Inc. ("Vroom"). On August 5, 2021, this Court issued an Order consolidating the above-captioned action "for all purposes, including discovery, pretrial proceedings, and trial" with Zawatsky et al. v. Vroom, Inc. et al., No. 21 Civ. 2477 (PGG) and Holbrook v. Vroom, Inc. et al., No. 21 Civ. 2551 (PGG). (Order (Dkt. No. 20) at 14) Pursuant to the Court's Order, the actions are referred to collectively as In re: Vroom, Inc. Securities Litigation, No. 21 Civ. 2477 (PGG). (Id. at 7)

On May 30, 2025, the Court entered a final judgment for Defendants and dismissed the lead case. See In re: Vroom, Inc. Securities Litigation, No. 21 Civ. 2477 (PGG) (Dkt. No. 11). Accordingly, the Clerk of Court is directed to enter judgment for Defendants in Hudda v. Vroom, Inc. et al., No. 21 Civ. 3296, and to close this case.

Dated: New York, New York
       April 10, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge