**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ARIF HUD DA, individually and on behalf of all
other similarly situated,

                     Plaintiff,               21 **CIVIL** 3296 (PGG)

      -against-                   **JUDGMENT**

VROOM, INC., PAUL J. HENNESSY, and
DAVID K. JONES.,

                     Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 10, 2026, On May 30, 2025, the Court entered a final judgment for Defendants and dismissed the lead case. See In re: Vroom, Inc. Securities Litigation, No. 21 Civ. 2477 (PGG) (Dkt. No. 11). Accordingly, judgment entered for Defendants in Hudda v. Vroom, Inc. et al., No. 21 Civ. 3296, and this case is closed.

**Dated:**  New York, New York

    April 14, 2026

                            **TAMMI M. HELLWIG**

                               **Clerk of Court**

               **BY:**

                               **Deputy Clerk**